# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2873 Disciplinary Docket No. 3

                  Petitioner   :   No. 133 DB 2021

      v.                         :

                        :   Attorney Registration No. 47701

WILLIAM J. WEISS,        :

                        :   (Philadelphia)

            Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2024, upon consideration of the Report and Recommendations of the Disciplinary Board, William J. Weiss is suspended from the Bar of this Commonwealth for a period of five years. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).